No. 259. J. W. NEIL v. UTAH WHOLESALE GROCERY COMPANY. Error to the Supreme Court of the State of Utah. Submitted April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. *Mr. William R. Andrews* and *Mr. Joseph Chez* for plaintiff in error. *Mr. Jacob Evans* and *Mr. Mahlon B. Wilson* for defendant in error.

---

No. 260. MISSOURI PACIFIC RAILROAD COMPANY v. A. M. BURNETT. Error to the Supreme Court of the State of Arkansas. Submitted April 28, 1924. Decided May 5, 1924. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of § 237 of the Judicial Code, as amended by the Act of September 6, 1916, c. 448, § 2, 39 Stat. 726; *Jett Bros. Distilling Co.* v. *Carrollton,* 252 U. S. 1, 5–6. Petition for certiorari dismissed for lack of submission under the rule. *Mr. Thomas B. Pryor* and *Mr. Edward J. White* for plaintiff in error. *Mr. Joe T. Robinson* for defendant in error.